Matter of Cavitt v Cavitt (2025 NY Slip Op 03964)

Matter of Cavitt v Cavitt

2025 NY Slip Op 03964

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025

PRESENT: LINDLEY, J.P., MONTOUR, SMITH, DELCONTE, AND HANNAH, JJ. (Filed June 27, 2025.)

MOTION NO. (262/25) CAF 24-00557.

[*1]IN THE MATTER OF RACHEL CAVITT, PETITIONER-RESPONDENT, 
v
JOSEPH CAVITT, RESPONDENT-APPELLANT.

MEMORANDUM AND ORDER Motion for reargument denied.